**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOHN D. FLOYD**                                                                          **CIVIL ACTION**

**VERSUS**                                                                                        **NO. 11-2819**

**BURL CAIN, WARDEN**                                                             **SECTION "R"(3)**

## O R D E R

Petitioner's counsel has filed a "Motion for Expedited Scheduling and Consideration."  Rec.

Doc. 15.  That motion is **DENIED**.  All *habeas corpus* petitioners believe that they are entitled to

relief, and all are treated equally by this Court.  Petitioner's case will not be given preferential

treatment; however, counsel may rest assured that this case will be considered in a timely fashion

in accordance with the Court's normal procedures.

Petitioner's counsel has also filed a "Motion for a Status Hearing."  Rec. Doc. 16.  That

motion is likewise **DENIED**.  At this point, it is not evident that a status hearing is necessary.  *If*,

after reviewing the pleadings and the record, the Court determines that a status hearing or an

evidentiary hearing is required, the Court, acting *sua sponte*, will schedule such a hearing.

New Orleans, Louisiana, this twenty-ninth day of February, 2012.


                                                                     DANIEL E. KNOWLES, III
                                                                     UNITED STATES MAGISTRATE JUDGE