UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN FLOYD | CIVIL ACTION |
| VERSUS | NO: 11-2819 |
| BURL CAIN, WARDEN | SECTION: R |

### ORDER & REASONS

Petitioner moves the Court to alter and amend its order adopting the Magistrate Judge's report and recommendation.[1] In light of today's ruling by the Supreme Court in *McQuiggin v. Perkins*, No. 12-126 (May 28, 2013), Petitioner's motion is granted, and this Court's Order adopting the Report and Recommendation is vacated.[2] This case is remanded to the Magistrate Judge to consider solely the issue of whether *McQuiggin v. Perkins* provides an avenue for relief.

New Orleans, Louisiana, this 28th day of May, 2013.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 52; R. Doc. 54.

[2] R. Doc. 52.